

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INDICTMENT |
| v. | : | NO. 1:14-CR-46-SCJ |
| | : | |
| DAVID BEAL | : | |

## ORDER

This case is before the Court on the Government's request for restitution. David Beal (the "Defendant"), and the Government, on behalf of Christina, Cindy and J. Blonde (collectively the "Victims"), individuals identified in several series of images containing child pornography, have agreed to the payment of restitution under the terms described below.

### 1. Background

On February 18, 2014, a federal grand jury sitting in the Northern District of Georgia returned an indictment against the Defendant. (Docket Entry ("DE") 12). Count One of the Indictment charged Defendant with knowingly distributing child pornography that had been shipped and transported in interstate and foreign commerce, in violation of 18 U.S.C.A. §§ 2252A(a)(2). Defendant entered a guilty plea on May 27, 2014 before the Court. (DE 24).

On October 27, 2012, the Court sentenced Defendant to 121 months of imprisonment. (DE 27). At sentencing, the Court deferred ruling on the Victims request for restitution, and continued that portion of the hearing until a later date.

## 2. Findings of the Court

The Government, the Defendant and counsel for the Victims entered into Settlement Negotiations. The parties and counsel for the Victims have agreed to a full and final settlement for restitution (and all other claims and potential claims) whereby the Defendant shall pay Victim Christina, Cindy and J. Blonde $2,000 each, no later than thirty (30) days from the date of this Order. No other victims have made requests for restitution.

## 3. Conclusion

Accordingly, the Court grants in part the Government's Request for Restitution and orders that the Defendant pay $2,000 to Victim Christina, $2,000 to Victim Cindy and $2,000 to Victim J. Blonde within thirty (30) days of the date of this Order.

IT IS SO ORDERED, this 17th day of February, 2015.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

/s/ Kurt R. Erskine
KURT R. ERSKINE
ASSISTANT U.S. ATTORNEY